UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHEL ERIC BENNOUCHENE,<br><br>    Plaintiff,<br><br>            v.<br><br>VIDEOAPP, INC.,<br><br>    Defendant. | Civil Action No. 19 CV 6318<br><br>ECF CASE |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action on behalf of defendant Videoapp, Inc., and respectfully requests that all pleadings, notices, orders, correspondence and other papers in this action be served upon the undersigned attorney, who is duly admitted to practice before this Court.

Dated:   New York, NY
         September 5, 2019

                                            MULLEN P.C.

                                    By:     _____
                                            Wesley M. Mullen (WM1212)
                                            200 Park Avenue, Suite 1700
                                            New York, NY 10166
                                            (646) 632-3718
                                            wmullen@mullenpc.com

                                            *Counsel for Defendant*