UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHEL ERIC BENNOUCHENE,<br><br>    Plaintiff,<br><br>            v.<br><br>VIDEOAPP, INC.,<br><br>    Defendant. | Civil Action No. 19 CV 6318<br><br>ECF CASE |

**RULE 7.1 STATEMENT OF CORPORATE DEFENDANT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for VIDEOAPP, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

    **NONE**

Dated:    New York, NY
            September 5, 2019

                                      MULLEN P.C.

                      By:   /s/ Wesley M. Mullen
                                      Wesley M. Mullen (WM1212)
                                      200 Park Avenue, Suite 1700
                                      New York, NY 10166
                                      (646) 632-3718
                                      wmullen@mullenpc.com

                                      *Counsel for Defendant*