EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHEL ERIC BENNOUCHENE,<br><br>  Plaintiff,<br><br>     v.<br><br>VIDEOAPP, INC.,<br><br>  Defendant. | **[PROPOSED] JUDGMENT**<br><br>Civil Action No. 19 CV 6318 (GBD) |

  Plaintiff having filed a notice of voluntary dismissal without prejudice of all claims on October 7, 2019, (ECF Doc. No. 17), it is hereby

  ORDERED and ADJUDGED that judgment is hereby entered dismissing without prejudice the claims of Plaintiff Michel Eric Bennouchène.

DATED: _____, 2019
     New York, New York

             Clerk of Court

             By: _____